NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIANJIN MAGNESIUM INTERNATIONAL CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**AND**

**US MAGNESIUM LLC,**
*Defendant-Appellee.*

---

2013-1215

---

Appeal from the United States Court of International Trade in No. 11-CV-0006, Senior Judge Nicholas Tsoucalas.

---

**JUDGMENT**

---

DAIVD A. RIGGLE, Riggle & Craven, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief was DAVID J. CRAVEN.

CLAUDIA BURKE, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director. Of counsel on the brief was MELISSA M. BREWER, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

JEFFERY B. DENNING, King & Spalding, LLP, of Washington, DC, argued for defendant-appellee US Magnesium LLC. With him on the brief was STEPHEN A. JONES.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 5, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court